**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
WILLIAM CABRERA GALDAMEZ,

                Plaintiff,

-against-                                  22 **CIVIL** 9847 (LGS)

                                              **JUDGMENT**

ALEJANDRO MAYORKAS, et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 6, 2023, the Petition is GRANTED in part. The Government is ordered to hold a bond hearing in accordance with this decision by February 20, 2023 or release Petitioner on his own recognizance. At that hearing, the Government shall bear the burden of demonstrating by clear and convincing evidence that Petitioner is a danger to the community or a risk of flight, considering Petitioner's ability to pay for a bond and alternatives to detention. By February 27, 2023, the Government shall file a letter confirming that the bond hearing was held and stating the outcome thereof. In light of this decision, Petitioner's request to enjoin the Government from transferring him outside the jurisdiction of the New York Field Office and the Southern District of New York pending the resolution of this case is denied as moot. Judgment is entered for Petitioner; accordingly, the case is closed.

**Dated:**  New York, New York

        February 7, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**     *K. Mango*

                                                          **Deputy Clerk**